

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2022

No. 04-22-00259-CR

**EX PARTE** Juan Gabriel **COLORADO CARRILLO**,

From the County Court, Kinney County, Texas
Trial Court No. 10367CR
Honorable Roland Andrade, Judge Presiding

## O R D E R

A supplemental clerk's record in this habeas corpus appeal was filed May 31, 2022 in response to this court's May 17, 2022 order. We order appellant's brief due June 20, 2022. *See* TEX. R. APP. P. 31.1; 4TH TEX. APP. (San Antonio) LOC. R. 8.2. The brief of the State is due within 20 days after the date appellant's brief is filed. *Id.* A reply brief, if any, must be filed within 10 days after the State's brief is filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court